## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LARRY JONES, | ) |
|         Petitioner, | ) |
| v. | ) No. 1:07-cv-393-RLY-TAB |
| STANLEY KNIGHT, | ) |
|         Respondent. | ) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 09/07/2007

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Larry Jones, DOC #941063, Pendleton Correctional Facility, P.O. Box 30, Pendleton, IN
     46064

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov